No. 751. TAYLOR *v.* COMMISSIONER OF INTERNAL REVENUE. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Robert T. McCracken* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Michael H. Cardozo, IV,* for respondent.

No. 752. GIRARD INVESTMENT CO. *v.* COMMISSIONER OF INTERNAL REVENUE. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Jackson R. Collins* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* and *Miss Louise Foster* for respondent.

No. 760. ESTATE OF SAGE ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. T. Girard Wharton* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Archibald Cox* and *Miss Louise Foster* for respondent.

No. 761. ELECTRO METALLURGICAL CO. ET AL. *v.* KRUPP NIROSTA CO., INC. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Leonard A. Watson* for petitioners. *Mr. Roberts B. Larson* for respondent.